UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARI DANIEL, individually and as the Personal Representative of the Estate of MELVIN DANIEL, and as Guardian for the minor children, M.A. DANIEL, DOB 6/13/90, & B.A. DANIEL, DOB 6/28/93, and MARI DANIEL, as the Personal Representative of the Estate of FRED RAMISKEY, <br><br> PlaintiffS, <br><br> v. <br><br> THE COLEMAN COMPANY, INC., a Delaware corporation, <br><br> Defendant. | CASE NO. 06-5706 KLS <br><br> ORDER DENYING MOTION FOR PROTECTIVE ORDER |

This matter comes before the Court on the Defendant's Motion for Protective Order. (Dkt. #34 and 35). The Plaintiffs filed their response (Dkt. #38 - 40) and the Defendant filed its reply (Dkt. #41). The Plaintiffs filed two unrequested supplemental responses. (Dkt # 42 and 43).

The Defendant requests this court enter a protective order prohibiting Mark N. Stageberg, one of the attorneys for the Plaintiffs, from possessing confidential documents produced by Coleman in this litigation. In support of its motion, the Defendant cites to prior instances in which they assert attorney Mark N. Stageberg has failed to comply with protective orders, including a case in Lewis County, Washington, in which Mr. Stageberg was sanctioned by the trial judge for violation of the protective order

Order Denying Motion for Protective Order
Page - 1

entered in that case.

The Plaintiffs assert that such a restriction will unduly hamper their ability to effectively pursue and present their claim in this case.  This court agrees that such a restriction would likely interfere with counsels' representation of the Plaintiffs and therefore the motion is DENIED.

DATED this 3rd day of August, 2007.

                                      /s/ Karen L. Strombom
                                      Karen L. Strombom
                                      U.S. Magistrate Judge