UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARI DANIEL, individually and as the Personal Representative of the Estate of MELVIN DANIEL, and as Guardian for the minor children, M.A. DANIEL, DOB 6/13/90, & B.A. DANIEL, DOB 6/28/93, and MARI DANIEL, as the Personal Representative of the Estate of FRED RAMISKEY,<br><br>Plaintiffs,<br><br>v.<br><br>THE COLEMAN COMPANY, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 06-5706 KLS<br><br>MINUTE ENTRY REGARDING COORDINATED MOTIONS AND DISCOVERY |

On October 15, 2007 the undersigned entered an order directing the parties to meet and confer (Dkt. #63) and set a due date of November 2, 2007. Each party timely filed their response to the Court's order. (Dkt. #67 - 69).

The directive by this Court was made with regard to two concerns. The first was the obvious filing of duplicative motions in the *Ongpituk* case and the *Daniel* case. As the Court noted, this duplication "does not make good use of counsel's time or judicial resources."   At this time it appears, based on the responses, that there likely will be no more duplicatative motions filed in the two cases. Should that occur, the undersigned will *sua sponte* make a determination as to how the duplicate motion in this case will be

Minute Entry
Page - 1

resolved.

The second concern was with regard to coordinated use of discovery. More specifically, the Court was concerned about duplicating discovery for both cases, such as unnecessarily taking a deposition of the same witness twice. The responses filed on behalf of the parties appear to be more concerned with the use at trial of depositions which have already been taken. That is an evidentiary concern which the undersigned did not intend to be resolved in a coordinated plan.

Further, based in the information made available to the court and in light of the discovery cut off date in *Ongpituk*, there appears to be no need, at this time, for the type of order contemplated by the Court.

DATED this 6th day of November, 2007.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge