UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARI DANIEL, individually and as the Personal Representative of the Estate of MELVIN DANIEL; and, as Guardian for the minor children, M.A. Daniel, DOB 6/13/90, and B.A. Daniel, DOB 6/28/93; and, MARI DANIEL, as the Personal Representative of the Estate of FRED RAMISKEY,<br><br>Plaintiffs,<br><br>v.<br><br>THE COLEMAN COMPANY, INC., a Delaware corporation,,<br><br>Defendant. | No. 06-5706 KLS<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

Plaintiffs filed a Motion for Reconsideration re: Order Granting Motion Regarding Use of Depositions. (Dkt. #100 and 101). At the Court's direction, the Defendants filed their response. (Dkt. #109 and 110). Having considered the pleadings on file, the motion for reconsideration is DENIED.

DATED this 2nd day of January, 2008.

    /s/ Karen L. Strombom
Karen L. Strombom
U.S. Magistrate Judge

Order Denying Motion for Reconsideration
Page - 1