UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARI DANIEL, individually and as the
Personal Representative of the Estate of
MELVIN DANIEL; and, as Guardian for the
minor children, M.A. Daniel, DOB 6/13/90,
and B.A. Daniel, DOB 6/28/93; and, MARI
DANIEL, as the Personal Representative of
the Estate of FRED RAMISKEY,

        Plaintiffs,

        v.

THE COLEMAN COMPANY, INC., a
Delaware corporation,,

        Defendant.

NO. C06-5706 KLS

COURT'S ORDER OF PRESENTATION
AND TIME ALLOCATION FOR
ARGUMENT ON MARCH 20, 2008

## Order of Presentation / Time Allocation

1.    Defendant's Motion to Strike or Otherwise Exclude Plaintiff's
Out-of-Time Rebuttal Reports, and New Case Theory (only as
to those issues not ruled on by the Court in Dkt. #207.      20 mins

2.    Defendant's Motion to Exclude Engberg (Dkt. #134)
Defendant's Motion to Exclude Hutter (Dkt. #142)
Defendant's Motion to Exclude Penney (Dkt. #137)
Defendant's Motion to Exclude Kvalseth (Dkt. #140)      40 mins

3.    Plaintiffs' Motion to Exclude Roby (Dkt. #168)
Plaintiffs' Motion to Exclude Von Burg (Dkt. #170)      20 mins.

1    4.    Defendant's Motion for Partial Summary Judgment (Dkt. #126)        20 mins.

2    5.    Plaintiffs' Motion for Partial Summary Judgment (Dkt. #129)        20 mins.

3         DATED this 14th day of March, 2008.

4

5                                        Karen L. Strombom

6                                        Karen L. Strombom
                                         United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28