1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARI DANIEL, individually and as the
Personal Representative of the Estate of
MELVIN DANIEL; and, as Guardian for the
minor children, M.A. Daniel, DOB 6/13/90,
and B.A. Daniel, DOB 6/28/93; and, MARI
DANIEL, as the Personal Representative of
the Estate of FRED RAMISKEY,

          Plaintiffs,

      v.

THE COLEMAN COMPANY, INC., a
Delaware corporation,,

          Defendant.

NO. C06-5706 KLS

ORDER DENYING MOTION FOR
RECONSIDERATION RE: ORDER
DENYING PLAINTIFF'S MOTION FOR
EXTENSION OF TIME TO COMPLETE
DISCOVERY

21
22
23
24
25
26
27
28

     This matter comes before the Court on the Plaintiffs' timely filed Motion for Reconsideration re:
Order Denying Plaintiff's Motion for Extension of Time to Complete Discovery.  (Dkt. #209).  In their
motion the Plaintiffs point out that they did request relief from this court in their response to a motion filed
by Coleman Company.  (Dkt. #103, p. 12).  The "action" was an alternative request, contained in its
concluding paragraph, to open discovery if the Court decided that the Plaintiffs did not comply with Rule
26(e)(1).  The Court does not consider that sufficient "action" on the part of the Plaintiffs.  The reason
provided does not show manifest error in the Court's prior ruling nor does it present new facts or legal
authority which could not have been brought to the Court's attention earlier with reasonable diligence.

Local Rule 7(h).

The Plaintiffs' Motion for Reconsideration (Dkt. # 209) is DENIED.

DATED this 26th day of March, 2008.

Karen L. Strombom
United States Magistrate Judge