UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARI DANIEL, individually and as the Personal Representative of the Estate of MELVIN DANIEL; and, as Guardian for the minor children, M.A. Daniel, DOB 6/13/90, and B.A. Daniel, DOB 6/28/93; and, MARI DANIEL, as the Personal Representative of the Estate of FRED RAMISKEY,<br><br>Plaintiffs,<br><br>v.<br><br>THE COLEMAN COMPANY, INC., a Delaware corporation,,<br><br>Defendant. | NO. C06-5706 KLS<br><br>ORDER DENYING MOTION FOR RECONSIDERATION REGARDING ORDER GRANTING, IN PART, COLEMAN'S MOTION TO EXCLUDE OUT-OF-TIME REBUTTAL REPORTS AND NEW CASE THEORY |

This matter comes before the Court on the Plaintiffs' timely filed Motion for Reconsideration Regarding Order Granting, In Part, Coleman's Motion to Exclude Out-Of-Time Rebuttal Reports and New Case Theory. (Dkt. #217). The Plaintiffs' arguments, while critical of the Court's Order, do not present anything new or different which require reconsideration. The motion is therefore DENIED.

DATED this 26th day of March, 2008.

Karen L. Strombom
United States Magistrate Judge

Order Denying Motion for Reconsideration
Page - 1

Order Denying Motion for Reconsideration
Page - 2