UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARI DANIEL, individually and as the Personal Representative of the Estate of MELVIN DANIEL; and, as Guardian for the minor children, M.A. Daniel, DOB 6/13/90, and B.A. Daniel, DOB 6/28/93; and, MARI DANIEL, as the Personal Representative of the Estate of FRED RAMISKEY,<br><br>Plaintiffs,<br><br>v.<br><br>THE COLEMAN COMPANY, INC., a Delaware corporation,,<br><br>Defendant. | No. 06-5706 KLS<br><br>ORDER DENYING MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING COLEMAN'S MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF CAUSATION |

This matter comes before the Court on the Plaintiffs' timely filed Motion for Reconsideration of the Court's Order Denying Coleman's Motion for Summary Judgment on the Issue of Causation. (Dkt. #227). The Court reviewed the motion alleging manifest error. The Motion for Reconsideration is DENIED.

DATED this 22nd day of April, 2008.

Karen L. Strombom
United States Magistrate Judge

Order Denying Motion to Reconsider
Page - 1