UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARI DANIEL, individually and as the Personal Representative of the Estate of MELVIN DANIEL, and as Guardian for the minor children, M.A. DANIEL, DOB 6/13/90, & B.A. DANIEL, DOB 6/28/93, and MARI DANIEL, as the Personal Representative of the Estate of FRED RAMISKEY,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE COLEMAN COMPANY, INC., a Delaware corporation,<br><br>  Defendant. | CASE NO. 06-5706 KLS<br><br>ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION |

This matter comes before the Court on the Plaintiff's Motion for Reconsideration re: Prior Substantially Similar Incidents (Dkt. #322). The motion is DENIED.

DATED this 16th day of June, 2008.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Order Denying Plaintiff's Motion for Reconsideration
Page - 1

Order Denying Plaintiff's Motion for Reconsideration
Page - 2