# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARI DANIEL, individually and as the
Personal Representative of the Estate of
MELVIN DANIEL, as Guardian for the
minor children, M.A. Daniel, DOB 6/13/90 &
B.A. Daniel, DOB 6/28/93, and MARI
DANIEL, as the Personal Representative of
the Estate of FRED RAMISKEY,

     Plaintiff,

                JUDGMENT IN A CIVIL CASE
                 **FOR COSTS**

  v.

THE COLEMAN COMPANY, INC., a
Delaware Corporation,

     Defendant.

                CASE NUMBER: C06-5706KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict in favor of defendant.

_x_  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that costs in the amount of $14,416.58 be awarded to defendant.

  August 14, 2008                  BRUCE RIFKIN
                              Clerk

                          s/ *Traci Whiteley*
                       By Traci Whiteley, Deputy Clerk